# Case Opening Checklist

Main Case No.: **22-60458** Date: **8/17/22** Assigned to: _____ Assigned by: _____ Date NOA Rcv: **8/16/22**

Addl. Case No.: _____ Cross Appeal No.: _____

Short Title: **In re: LA Pub Svc Cmsn** vs. _____

Orig. Case No.: **EL21-56; EL17-41; EL18-142; EL18-204;**

Short Release Case

Outstanding Sanction Imposed ☐

Lead Case No.: **EL18-152**

Case Association: **N/A** Specify #'s. _____

Married Panel List (located on the N:/drive) ☑ N.A. ☐ Panel: _____

Sanctions List Checked: ☑ N.A. ☐ List Attached: _____

3 Strikes List Checked: ☐ N.A. ☐ List Attached: _____

IFP pending in DC ☐ Yes ☐ No

---

Case Type: **ORIG. PROC.** Origin: **FERC** Guilty ☐

Sub Type: **MANDAMUS** Fee Status: **PAID** Atty. Type: **RETAINED**

Sub Sub Type:

Misc:

Other:

Agency: (specify) **FERC** Immigration: (used for INS only)

---

Flags: ☐ N.A. ☑ Specify: **US PTY**

---

Letter to Issue: **DKT-1** Other:

---

Deadline to be set:

Awaiting DC Action:

Other:

---

Additional Instructions:

File petition for writ of mandamus - submit to court

---

Processed by: _____ Date: _____ Recusals Checked ☐ [CLEAR FORM]

```
Per aty Fontham:  FERC is the only respondent;  Some of the other parties listed in
the cert of int persons may intervene, but they are not respondents.  All parties
were served with a copy of the petition.
```

Special case opening instructions:

**PETITION FOR WRIT OF MANDAMUS IN AN AGENCY PROCEEDING**
(See 17-60191 as an example)

Open as an agency case type so that you get a 60000 series case number as well as the correct origin and agency representative..

Kill on the lead event.

Docket "op cs dkt." as your lead event and follow all of the steps that you would for opening a normal mandamus.

Get your attorneys and fio attorneys for the agency parties from the agency notes for the particular agency against which the mandamus is being filed.

File the petition (and any supporting documents).

Submit to court.   Make sure to check that your appeal line on the order is correct.

**CLEAR FORM**