# United States Court of Appeals for the Fifth Circuit

———————

No. 22-60458

———————

In re Louisiana Public Service Commission,

*Petitioner.*

———————————————————

Petition for a Writ of Mandamus
to the Federal Energy Regulatory Comm
Agency No. EL21-56
Agency No. EL17-41
Agency No. EL18-142
Agency No. EL18-204
Agency No. EL18-152

———————————————————

## UNPUBLISHED ORDER

Before Higginbotham, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

Certified as a true copy and issued
as the mandate on Feb 13, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit